UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF WALLA WALLA,<br><br>  Plaintiff,<br><br>  v.<br><br>COLUMBIA RIVER TREE SERVICE, INC., a Washington corporation; DAN McCAULEY and CATHY McCAULEY, husband and wife, d/b/a/ Sun Rental Center; UNITED STATES OF AMERICA; STATE OF WASHINGTON DEPARTMENT OF REVENUE; an agency of the State of Washington; STATE OF WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES, an agency of the State of Washington; and STATE OF WASHINGTON EMPLOYMENT SECURITY DEPARTMENT, an agency of the State of Washington,<br><br>  Defendants. | NO. CV-04-5036-RHW<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE UNITED STATES AND REMANDING CASE TO STATE COURT** |

Before the Court is Plaintiff's and Defendants Dan McCauley's, Cathy McCauley's, the United States of America's, and the State of Washington's stipulation dismissing the United States and requesting the case be remanded to state court.

Accordingly, **IT IS ORDERED:**

1. The claim in the above-captioned case against Defendant United States is **DISMISSED** with prejudice.

**ORDER GRANTING STIPULATION TO DISMISS THE UNITED STATES AND REMANDING CASE TO STATE COURT ~ 1**

2. The above-captioned case is **REMANDED** to the State of Washington Superior Court for the County of Walla Walla.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** this 13th day of January, 2006.

s/Robert H. Whaley
ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\City of Walla Walla\remand.wpd

**ORDER GRANTING STIPULATION TO DISMISS THE UNITED STATES AND REMANDING CASE TO STATE COURT ~ 2**